## FOURTH DEPARTMENT, OCTOBER TERM, 1884.

John Hilton, Respondent, v. William H. Scott, Appellant. — Judgment and order affirmed. Opinion by Barker. J.

John Simpson and others, Respondents. v. John Chadwick, Appellant.—Judgment modified as indicated in the opinion, and as modified affirmed, without costs of this appeal to either party. Opinion by Smith, P. J.

Edward Brick, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed, on opinion of Dwight, J., denying new trial; Smith, P. J., taking no part.

Robert Gilbert. Respondent, v. John B. Manning, Appellant. — Judgment reversed and new trial ordered in Erie county, costs to abide the event. Opinion by Corlett, J.

Sarah Jane Hays, Respondent, v. Thomas Maytham, Appellant. — Judgment affirmed. Opinion by Bradley, J.

Clara A. Abbey, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed. Opinion by Smith, P. J.; Barker, J., not sitting.

Lewis C. Wagner, Respondent. v. The New York, Lake Erie and Western Railroad Company, Appellant. — Judgment affirmed. Opinion by Smith, P. J.; Bradley, J., not sitting.

Hiram Armstrong and others, Plaintiffs, v. Charles O'Connor, Defendant. — New trial denied and judgment ordered for the defendant on the verdict. Opinion by Bradley, J.

Elizabeth Pierce, as Administratrix, etc., Plaintiff. v. The Rawson-Manufacturing Company, Defendant. — New trial granted, costs to abide the event. Opinion by Barker, J.; Bradley, J., not sitting.

The Board of Commissioners of Excise of the City of Auburn, Respondent, v. John Hogan, Appellant. — Judgment affirmed on opinion of Barker, J., in the case of the same plaintiff against Burtis, decided at the present term.

Warren H. Kelly, Respondent, v. Joseph F. Bonesteel, Appellant. — Judgment affirmed. Opinion by Smith, P. J.

Royal L. Mack and others, Respondents, v. John P. Vidvard and others, Appellants. — Judgment affirmed. Opinion by Barker, J.

Seth G. Rowley and others, Appellants, v. The First Methodist Episcopal Society in Medina, Respondent. — Judgment reversed and new trial ordered, costs to abide the event. Opinion by Corlett, J.

William A. Lewis, Appellant, v. Charles Barton and others, Respondents.—Judgment reversed and new trial ordered, with costs to abide the event. Opinion by Barker, J.

Henry C. Albee, Respondent, v. Stephen B. Carroll, Appellant. — Judgment affirmed; no opinion.

Mary Minor, Respondent, v. The City of Buffalo, Appellant. v. — Judgment affirmed; no opinion.

Ira C. Brownell v. Alfred Kilburn and others. — Motion for reargument denied, without costs, the form of the order modifying judgment to be settled by Haight, J.

Reuben Hall, Respondent, v. The City of Buffalo, Appellant. — Order reversed, with ten dollars costs and disbursements, and motion to strike out answer, etc., denied, with ten dollars costs. (*Wayland* v. *Tyson*, 45 N. Y., 281; *Thompson* v. *Erie Ry. Co.*, Id., 468; *Grocers' Bank* v. *O'Rorke*, 6 Hun, 18.)

Michael Beers, Respondent, v. Eva Beers, Appellant. — Order affirmed, with ten dollars costs and disbursements.

In the Matter of John Horr, an Attorney. — Ordered, that he be removed from the office of attorney and counselor and that his name be stricken from the roll. It is further ordered that the clerk cause a certified copy of this order to be served upon him.

Isaac Burnett v. Charles S. Wright, as Executor, etc. — Motion for reargument denied. Memoranda of decision filed with the clerk.

Buadore Wiltsie, Appellant, v. David Johnson, Respondent. — Motion for reargument denied, without costs. *Per Curiam* memoranda filed with the clerk.

Sylvia M. Newman, Administratrix, etc., v. Henry L. Newman as Administrator, etc., and others.—Order affirmed, with ten dollars costs and disbursements on the opinion of Daniels, J., at Special Term.

Edgar Munson and others, Appellants, v. George J. Magee and the Syracuse, Geneva and Corning Railway Company, Respondent. — Judgment affirmed, with costs on the opinion of Macomber, J., reported 29 Hun, 76, and the order denying reargument, 29 Hun, 617.

Mary Marsh, Respondent, v. William R. McNair, Appellant.— Judgment affirmed, with costs, on former decision, reported in 25 Hun, 314.

Caroline Horton and others, Respondents, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment affirmed.

---

## FOURTH DEPARTMENT, OCTOBER, 1884.

Jerome B. Wiggins, Respondent, v. Adney P. Donner, Appellant.— Order affirmed, with ten dollars costs and disbursements.

Jacob Crouse and others, Appellants, v. Harlow G. Borthwick, Respondent.— Order affirmed, with ten dollars costs and disbursements. Follett, J., not sitting.

Loretta L. Ogden, Respondent, v. Merrick Ogden, Appellant.— Order affirmed, with ten dollars costs and disbursements.

Jacob L. Beck, Respondent, v. Elliot O. Worden, Appellant. — Order affirmed, with ten dollars costs and disbursements.

First National Bank of Chittenango, Respondent, v. Edmund A. Millington and another, Appellants. — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

In the Matter of the Application of the Cortland and Homer Horse Railroad Company, Respondents, to acquire a crossing over the tracks of the Syracuse, Binghamton and New York Railroad Company and another, Appellants. — Order affirmed, with ten dollars costs and disbursements. Follett, J., not sitting.

Jerome Putnam, Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellants. — Judgment and order affirmed.

The People of The State of New York, Appellants, v. John Owen, Respondent.—Judgment and order affirmed.

Julia E. Blackman, Respondent, v. Eliza Wheeler, Appellant.— Order affirmed, with ten dollars costs and disbursements.

John Holden, Appellant, v. Charles D. Strong, Executor, etc., Respondent. — Judgment affirmed. Costs of respondent payable out of the income of the estate. Opinion *Per Curiam*.

Michael Hennesy, Respondent, v. Celia T. Schneider, Appellant. — Judgment affirmed, with costs.